03/25/2021 10:43 (FAX) P.001/008

Filed
D.C. Superior Court
03/25/2021 12:00AM
Clerk of the Court

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| **LASHARN GARTRELL**<br>**31 47th Street S.E.**<br>**Washington, D.C. 20019**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SAFEWAY, INC.**<br>**11555 Dublin Canyon Road**<br>**Pleasanton, California 94588**<br><br>**Serve:**<br>**Registered Agent**<br>**C T Corporation System**<br>**1015 15th Street N.W.**<br>**Suite 1000**<br>**Washington, D.C. 20005**<br><br>**Defendant.** | : | **Case No.:** 2021 CA 000968 B |

**COMPLAINT**

1. Jurisdiction of the Court is invoked pursuant to D.C. Code § 11-921.

**COUNT I**

**(Negligence Causing Personal Injuries)**

2. On March 3, 2020, the Plaintiff, Lasharn Gartrell, was a customer shopping inside at Safeway Store # 1177, located at 322 40th Street, N.E., in Washington, D.C., 20019, a building owned and/or operated by Defendant, Safeway, Inc. As the Plaintiff was walking with due care down an aisle inside the store, she was caused to suddenly slip and fall when she stepped on a piece of cardboard that was laid over clear liquid, that had spilled on the walkway, thereby sustaining serious personal injuries. The Plaintiff's fall was the direct and proximate result of the

unsafe and hazardous condition of the aisle walkway. The Plaintiff neither caused nor contributed to the incident or her injuries.

3. The Plaintiff's injuries were the direct and proximate result of the negligence of the Defendant, through its employees and/or agents, in that it failed to properly inspect the aisle walkway for unsafe and/or hazardous conditions; failed to timely remove the clear liquid and cardboard from the aisle walkway, thereby creating an unsafe and hazardous condition; unreasonably allowed clear liquid and cardboard material to remain on the subject store floor, creating an unsafe and hazardous condition; and failed to warn or advise the Plaintiff of the unsafe and hazardous condition of the subject aisle walkway, all when it knew, or should have known, that the condition of the subject aisle walkway posed a danger and risk of imminent harm to the Plaintiff and others.

4. It was the duty of the Defendant to maintain the subject aisle walkway in a condition that was reasonably safe for invitees and other persons lawfully walking on the subject store floor, including the Plaintiff. Notwithstanding that duty, the Defendant was negligent as aforesaid, and its negligence caused the Plaintiff to slip and fall, thereby sustaining serious personal injuries.

5. The Defendant is responsible for the aforesaid actions of its employees and/or agents under the doctrine of *respondeat superior*.

6. As the direct and proximate result of the negligence of the Defendant as aforesaid, the Plaintiff has suffered, and will continue to suffer, severe and permanent physical injuries, great pain and suffering, and severe mental anguish and emotional distress.

7. As a further result of the negligence of Defendant as aforesaid, the Plaintiff has incurred, and will continue to incur, substantial medical and related expenses, transportation

costs, loss of time and enjoyment from her usual and customary leisure and recreational activities, and permanent impairment of her usual and customary leisure and recreational activities.

WHEREFORE, the Plaintiff, Lasharn Gartrell, demands judgment from and against Safeway, Inc., in the amount of Two Hundred Thousand Dollars ($200,000) in compensatory damages, plus interest from the date of the accident, and costs.

Respectfully submitted,

Taylor D. Comstock (# 1738463)

SLOCUMB LAW FIRM, LLC.
1225 I Street, NW
Suite 550A
Washington, D.C. 20005
Telephone: (202) 737-4141
Facsimile: (202) 650-0868
E-mail: tcomstock@slocumblaw.com

ATTORNEY FOR PLAINTIFF

**JURY DEMAND**

Plaintiff hereby demands trial by a jury of six (6).

Taylor D. Comstock

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

Lasham Gartrell — Case Number: 2021 CA 000968 B

vs — Date: 3/25/21

Safeway, Inc. — ☐ One of the defendants is being sued in their official capacity.

| Name: *(Please Print)* Taylor D. Comstock | | Relationship to Lawsuit |
|---|---|---|
| Firm Name: Slocumb Law Firm, LLC | | ☑ Attorney for Plaintiff<br>☐ Self (Pro Se) |
| Telephone No.: (202) 373-4141 | Six digit Unified Bar No.: 1738463 | ☐ Other: ______ |

TYPE OF CASE: ☐ Non-Jury ☑ 6 Person Jury ☐ 12 Person Jury

Demand: $ 200,000 Other: ______

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: ______ Judge: ______ Calendar #: ______

Case No.: ______ Judge: ______ Calendar#: ______

NATURE OF SUIT: *(Check One Box Only)*

**A. CONTRACTS** — **COLLECTION CASES**

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☐ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 27 Insurance/Subrogation Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation Under $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration Award (Collection Cases Only)

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation Over $25,000 Consent Denied
☐ 34 Insurance/Subrogation Under $25,000 Consent Denied

**B. PROPERTY TORTS**

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)
☐ 03 Destruction of Private Property
☐ 04 Property Damage
☐ 05 Trespass

**C. PERSONAL TORTS**

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile, Not Malpractice)

☒ 17 Personal Injury- (Not Automobile, Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE IF USED

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)
- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code § 42-3301, et seq.)
- ☐ 21 Petition for Subpoena [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1) (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D. REAL PROPERTY**

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)
- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

[signature] — Attorney's Signature

3/25/21 — Date



**Service of Process Transmittal**
04/13/2021
CT Log Number 539384630

**TO:** Risk Management Group
Safeway Inc.
5918 Stoneridge Mall Rd
Pleasanton, CA 94588-3229

**RE: Process Served in District of Columbia**

**FOR:** Safeway Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Lasharn Gartrell, Pltf. vs. Safeway Inc., Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 2021CA000968B |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Washington, DC |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/13/2021 at 14:04 |
| **JURISDICTION SERVED :** | District of Columbia |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/14/2021, Expected Purge Date: 04/19/2021<br>Image SOP<br>Email Notification, Risk Management Group RM.Claim.Support@Safeway.com<br>Email Notification, Michael McCue Michael.McCue@safeway.com<br>Email Notification, Donna Shavers donna.shavers@albertsons.com<br>Email Notification, Carmen Rowland Carmen.Rowland@safeway.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1015 15th Street, NW<br>Suite 1000<br>Washington, DC 20005<br>866-203-1500<br>DealTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other




**Service of Process Transmittal**
04/13/2021
CT Log Number 539384630

**TO:** Risk Management Group
Safeway Inc.
5918 Stoneridge Mall Rd
Pleasanton, CA 94588-3229

**RE:** **Process Served in District of Columbia**

**FOR:** Safeway Inc. (Domestic State: DE)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.





# PROCESS SERVER DELIVERY DETAILS

CT Corporation

1015 15th Street NW
Suite 1000
Washington, DC 20005-2606

Phone 202 572 3133
Fax 202 572 9633
Mobile 703 594 6323

**Date:** Wed, Apr 14, 2021

**Server Name:** Drop Service

| | |
|---|---|
| Entity Served | SAFEWAY INC. |
| Agent Name | UNITED STATES CORPORATION COMPANY |
| Case Number | 2021CA000968B |
| Jurisdiction | DC |

